# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2013

Robert P. Young, Jr.,
Chief Justice

147428

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                     SC:  147428
                                       COA:  302353
                                     Berrien CC:  2010-015309-FC

DAKOTAH WOLFGANG ELIASON,
       Defendant-Appellant.

_____/

      On order of the Chief Justice, leave to appeal having been granted in this case, the time allowed for oral argument shall be 20 minutes for each side.  MCR 7.315(B).  We invite the Office of the Wayne County Prosecuting Attorney to participate in oral argument to present its view of the remedy required for defendants whose sentences have been found invalid under *Miller v Alabama*, 567 US ___ (2012), or Const 1963, art 1, § 16, by sharing time with the Berrien County Prosecutor.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013



Clerk

h1105